**Honorable Robert J. Bryan**

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Angela Kee<br>5312 S. Cedar St.<br>Tacoma, WA 98409<br><br>and<br><br>Angela Gustin<br>7827 S. Ainsworth Ave.<br>Tacoma, WA 98408<br><br>    Plaintiffs,<br><br>v.<br><br>Evergreen Professional Recoveries, Inc.,<br><br>    Defendant. | No. C09-5130 RJB<br><br>DECLARATION OF COUNSEL<br>IN SUPPORT OF DEFENDANT'S<br>MOTION FOR FEES AND COSTS |

1. I, Kimberlee Walker Olsen, am over the age of 18 and competent to be a witness herein. My firm is counsel for the Defendant, Evergreen Professional

DECLARATION OF COUNSEL IN SUPPORT
OF MOTION FOR FEES AND COSTS - 1
CASE NO. C09-5130 RJB

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

Recoveries, Inc.

2. I have been practicing law since 1999 and have defended collection agencies in both state and federal court. I currently charge $210 per hour, but agreed to represent Evergreen in this action for $190 per hour. These rates are reasonable for an attorney with my level of experience.

3. On June 16th I sent the letter to Kee's counsel; requesting voluntary dismissal and providing the Rule 11 notice. Dkt. #15, Ex. 4. When the claims were not voluntarily dismissed I had to participate in the Rule 26(f) Conference, review and discuss the Joint Status Report. I then began to prepare the Motion for Summary Judgment. Kee served discovery on my client, and I prepared a set of discovery requests for each Plaintiff. (See Ex.1 attached)

4. A total of 19.8 hours was incurred on this matter for total (billable) charges of $3,196.00 through August 19, 2009. Attached hereto as Ex. 2 are two pages showing the time entries and billing for this matter.

5. Of the total of $3,196.00 in fees incurred by my client, $209.00 was spent on discovery particular to Angela Gustin, and is <u>not</u> requested in Defendant's motion. An additional $570.00 was incurred in the preparation of the fee motion

DECLARATION OF COUNSEL IN SUPPORT
OF MOTION FOR FEES AND COSTS - 2
CASE NO. C09-5130 RJB

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

and declaration.  Total fees applicable: $3,557.00.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 27, 2009.

/s/ Kimberlee Walker Olsen
Kimberlee Walker Olsen, WSBA # 28773
Attorney for Defendant

DECLARATION OF COUNSEL IN SUPPORT
OF MOTION FOR FEES AND COSTS - 3
CASE NO. C09-5130 RJB

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

# Exhibit 1



## LEGAL HELPERS, PC™
### America's Consumer Law Firm

Richard J. Meier, Esq.
rjm@legalhelpers.com
312.753.7574

July 7, 2009

**SENT VIA EMAIL AND**
**ORDINARY US MAIL**
Luke, Casteel & Olsen, PSC
Kimberlee Walker Olsen
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
kolsen@lukecasteel.com

*LUKE, CASTEEL & OLSEN, PSC*
*JUL -9 2009*
*COPY RECEIVED*

Re: Kee, et al. v. Evergreen Professional Recoveries, Inc.

Counselor,

    Enclosed please find the following documents:

1. Plaintiff's First Set of Requests for Admissions;
2. Plaintiff's First Set of Requests for Production of Documents; and
3. Plaintiff's First Set of Interrogatories.

If you have any questions, please feel free to contact me.

Sincerely,

Richard J. Meier, Esq.

# Exhibit 2

Case 3:09-cv-05130-RJB   Document 21   Filed 08/27/2009   Page 6 of 8

LUKE, CASTEEL & OLSEN, PSC
3400 188th Street S.W.
Suite 484
Lynnwood, WA 98037

Invoice submitted to:

Evergreen Professional Recoveries, Inc.
12100 NE195th St. #325
Bothell WA 98011
Kenneth A. Ross

August 27, 2009

In Reference To: Defend FDCPA lawsuit against Angela Kee

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2009 | PAR | Research Bankruptcy Court records - Angela Kee and Angela Gustin | 0.40<br>40.00/hr | 16.00 |
|  | KWO | Review new lawsuit by Legal Helpers and account notes, review Bankruptcy Schedules | 0.50<br>190.00/hr | 95.00 |
| 3/24/2009 | PAR | Draft Notice of Appearance | 0.20<br>60.00/hr | 12.00 |
| 5/7/2009 | PAR | Scan Waiver; Email to Lofgren; Letter to Lofgren | 0.20<br>40.00/hr | 8.00 |
| 5/29/2009 | KWO | Review additional bankruptcy records, review docket and update case schedule, file Notice of Appearance | 0.40<br>190.00/hr | 76.00 |
| 6/12/2009 | KWO | Draft letter to Meier - request voluntary dismissal based on judicial estoppel/Rule 11 warning | 0.70<br>190.00/hr | 133.00 |
| 6/16/2009 | KWO | Revise letter to Meier regarding dismissal of case | 0.20<br>190.00/hr | 38.00 |
| 6/19/2009 | KWO | Review e-mail from Meier and amended bank schedules | 0.20<br>190.00/hr | 38.00 |
|  | KWO | Review file; e-mail to Meier; e-mail to client | 0.20<br>190.00/hr | 38.00 |
| 6/24/2009 | KWO | Exchange e-mails with opposing counsel regarding settlement | 0.20<br>190.00/hr | 38.00 |
| 7/6/2009 | KWO | Review proposed Joint Status Report, review file | 0.40<br>190.00/hr | 76.00 |
|  | KWO | Telephone conference with Meier regarding Joint Status Report; e-mail Defendant's statement to supplement | 0.30<br>190.00/hr | 57.00 |
| 7/7/2009 | KWO | Draft Interrogatories and Requests for Production for Kee | 0.70<br>190.00/hr | 133.00 |
|  | KWO | Draft Interrogatories and Requests for Production for Gustin | 0.70<br>190.00/hr | 133.00 |

Evergreen Professional Recoveries, Inc.     Page 2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2009 | KWO | Work on revisions to Interrogatories and Requests for Production - Kee | 0.40 190.00/hr | 76.00 |
|  | KWO | Work on revisions to Interrogatories and Requests for Production - Gustin | 0.40 190.00/hr | 76.00 |
| 7/17/2009 | KWO | Work on Kee Declaration in Support of Motion for Summary Judgment of Kee's Claims | 0.70 190.00/hr | 133.00 |
| 7/20/2009 | KWO | Work on Kee Motion for Summary Judgment: Argument/Authority section | 0.40 190.00/hr | 76.00 |
| 7/23/2009 | KWO | Work on Motion for Partial Summary Judgment; revise and review selection of Exhibits, revise Declaration of Counsel and revise argument section | 1.30 190.00/hr | 247.00 |
| 7/24/2009 | KWO | Finalize all documents and file via ECF | 0.50 190.00/hr | 95.00 |
| 7/15/2009 | PAR | Draft Motion for Summary Judgment | 0.80 60.00/hr | 48.00 |
| 7/21/2009 | PAR | Work on Order Granting Partial Summary Judgment; Declaration in Support of Partial Summary Judgment; Defendant's Motion for Partial Summary Judgment | 0.70 60.00/hr | 42.00 |
| 7/23/2009 | PAR | Work on Partial Summary Judgment; Declaration of Counsel | 0.20 40.00/hr | 8.00 |
| 7/24/2009 | PAR | Work on Partial Summary Judgment; Declaration of Counsel; Exhibit tabs; Proof Motion for Partial Summary Judgment | 0.50 40.00/hr | 20.00 |
|  | PAR | Draft Answers to Interrogatories; Responses to Requests for Production and Admissions | 1.00 40.00/hr | 40.00 |
| 8/3/2009 | KWO | Review/revise paralegal draft of Initial Disclosures | 0.20 190.00/hr | 38.00 |
|  | KWO | Review Kee and Gustin's Initial Disclosures | 0.20 190.00/hr | 38.00 |
| 8/11/2009 | KWO | Review Response of Kee to our Motion for Summary Judgment | 0.50 190.00/hr | 95.00 |
|  | KWO | Begin Reply Brief | 1.30 190.00/hr | 247.00 |
| 8/12/2009 | KWO | Work on Reply Brief: research waiver of Attorney-Client privilege, additional estoppel cases | 1.20 190.00/hr | 228.00 |
| 8/13/2009 | KWO | Revise Motion to Strik; draft "Inadvertent Error" Argument sections; revise | 3.10 190.00/hr | 589.00 |
| 8/14/2009 | KWO | Finalize Reply Brief; file | 0.80 190.00/hr | 152.00 |
| 8/19/2009 | KWO | Review Court Order Granting Partial Summary Judgment | 0.30 190.00/hr | 57.00 |
|  |  | **For professional services rendered** | **19.80** | **$3,196.00** |

Additional Charges :

| Date | Staff | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 3/25/2009 | PAR | Record Search Costs | 1 2.64 | 2.64 |